JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHELLE TALBOT et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITEDHEALTHCARE INSURANCE CO. et al., <br><br> Defendants. | Case No. 2:23-cv-06137-SB-PVC <br><br> FINAL JUDGMENT |

    For the reasons stated in the January 4, 2024 order granting Defendant United Healthcare Services, Inc.'s motion to dismiss Plaintiffs' quantum meruit claim and the separate findings of fact and conclusions of law entered this day, it is ORDERED AND ADJUDGED that Plaintiffs shall take nothing on their claims in this action. Plaintiffs' claims are DISMISSED on the merits with prejudice.

    This is a final judgment.

Date: February 16, 2024

_____
Stanley Blumenfeld, Jr.
United States District Judge

1